# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

MARIO AKOTHE,                          )
                                       )
              Petitioner,              )
                                       )
       v.                              )         Case No. CIV-18-54-D
                                       )
WARDEN BEAR, et al.,                   )
                                       )
              Respondents.             )

## ORDER

Petitioner, a state prisoner appearing pro se, filed an application for leave to proceed *in forma pauperis* and supporting affidavit. Pursuant to 28 U.S.C. § 636(b), the matter was referred to United States Magistrate Judge Shon Erwin for initial proceedings. On January 22, 2018, Judge Erwin issued a Report and Recommendation (R&R) [Doc. No. 6] in which he advised that Petitioner's application be denied and Petitioner be ordered to pay the full $5.00 for this action to proceed. Petitioner subsequently paid the filing fee [Doc. No. 7].

Seeing that Petitioner does not object to the R&R and has paid the filing fee, the Court finds that the Report and Recommendation is **ADOPTED** as though fully set forth herein. This matter is re-referred to the assigned magistrate for further proceedings consistent with the original order of referral [Doc. No. 5].

**IT IS SO ORDERED** this 6th day of February 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE